NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CRYSTAL PHARMACEUTICAL (SUZHOU) CO., LTD., BERGEN PHARMACEUTICAL, LLC,**
*Appellants*

**v.**

**EISAI INC.,**
*Appellee*

---

2023-1017

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. PGR2021-00047.

---

**JUDGMENT**

---

JOHN SCOTT MCBRIDE, Bartlit Beck LLP, Chicago, IL, argued for all appellants. Appellant Bergen Pharmaceutical, LLC also represented by MEG E. FASULO, KATHERINE E. RHOADES; TAYLOR JAMES KELSON, Denver, CO; ADAM MORTARA, Chicago, IL.

SCOTT A. CUNNING, II, Parker Poe Adams & Bernstein LLP, Washington, DC, for appellant Crystal Pharmaceutical (Suzhou) Co., Ltd. Also represented by ELIZABETH

CROMPTON; CECIL KYLE MUSGROVE, Gemini Law LLP, New York, NY.

MELANIE R. RUPERT, Paul Hastings LLP, New York, NY, argued for appellee. Also represented by CHRISTOPHER P. HILL, YOUNG J. PARK, BRUCE M. WEXLER; NAVEEN MODI, MICHAEL WOLFE, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, LINN and PROST, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 6, 2024
Date

Jarrett B. Perlow
Clerk of Court